# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Frederick W. Moran, et al.
Plaintiff(s)

vs.                                     Civil No. 97-2587 (SEC)

WMS Industries, Inc., et al.
Defendant(s)

## DESCRIPTION OF MOTION

DATE FILED: 9/24/99  DOCKET: 21  TITLE: Stipulation for Extension of Discovery Time Table

[✓] Plaintiff(s)    [ ] Third Party Defendant(s)

[✓] Defendant(s)

DISPOSITION:

[✓] GRANTED                           [ ] DENIED

[ ] NOTED                             [ ] MOOT

### ADDITIONAL COMMENTS:

Discovery shall conclude by December 29, 1999. Dispositive motions are due January 17, 2000.

(2)

9/28/99
DATE

for: SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE

