IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FREDERICK W. MORAN, et. al.        *
                                    *
        Plaintiffs                  *
                                    *   Civil No. 97-2587(SEC)
            v.                      *
                                    *
WMS INDUSTRIES, INC., et. al.       *
                                    *
        Defendants                  *
*************************************

## JUDGMENT

Pursuant to the parties' joint settlement stipulation, **(Docket #23)**, the terms of which are incorporated herein, the above-captioned case is hereby **DISMISSED WITH PREJUDICE**. Judgment is entered accordingly.

**SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 9TH day of August, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)